ACCEPTED
12-14-00210-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/9/2015 3:06:48 PM
CATHY LUSK
CLERK

## CASE NO. 12-14-00210-CR

| | | |
|---|---|---|
| **BOBBIE GRUBBS** | § | **IN THE COURT OF APPEALS** |
| **APPELLANT** | § | 12th COURT OF APPEALS |
| | § | TYLER, TEXAS |
| **VS.** | § | **TWELFTH COURT OF APPEALS** |
| | § | CATHY S. LUSK |
| **THE STATE OF TEXAS,** | § | Clerk |
| **APPELLEE** | § | **TYLER, TEXAS** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/9/2015 3:06:48 PM
CATHY S. LUSK
Clerk

## MOTION FOR EXTENSION
## OF TIME TO FILE APPELLEE'S BRIEF

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW The State of Texas , Appellee, by and through her District Attorney, Kenneth B. Florence, and files this motion for an extension of 30 days in which to file the Appellee's Brief. In support of this motion, Appellee shows the court the following:

I.

Appellant was convicted in the **273**rd Judicial District Court of Shelby County, Texas, by a jury, of the offense of Capital Murder. The judge assessed punishment at confinement in the Texas Department of Criminal Justice Institutional Division, for Life, without the possibility of Parole.

II.

The deadline for filing the Appellee's Brief was July 3, 2015. That date was the official observance of Independence Day and all county offices were closed. That date has passed, and this motion is accompanied by a motion for leave to file a late motion for extension of time.

III.

Appellee's request for an extension is based upon the following facts:

1. Appellee can get the brief filed within the 30 days requested.

2. This motion is not opposed by defense counsel.

3. This motion is the State's first motion for an extension.

4. The elected District Attorney was the only attorney in the office for 4 years, and a new Assistant District Attorney was just approved effective June 8, 2015.

Wherefore, Appellee prays the court grant the motion for leave to late file this motion for extension, this motion for extension, and extend the deadline for filing the Appellee's Brief to August 7, 2015.

Respectfully submitted,

/s/ Kenneth B. Florence
KENNETH B. FLORENCE
TBA # 00790698
Shelby County Assistant District Attorney
200 San Augustine Street    Suite 12
Center, Texas 75935
(936) 598-2489
(936) 598-4106

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the State's Motion for Extension of Time to File Appellee's Brief, as related above, was served upon, Stephen Shires, Attorney for Appellant, 123 San Augustine Street, Center, Texas 75935, by facsimile (936) 598-3031, on this the 7th day of July 2015.

/s/ Kenneth B. Florence
KENNETH B. FLORENCE

AFFIDAVIT

**STATE OF TEXAS** §
§
**COUNTY OF SHELBY** §

"My name is KENNETH B. FLORENCE;  I am over the age of 18 and I am competent to make this affidavit.  I have personal knowledge of the following facts:

I have read the foregoing motion for extension of time to file Appellee's Brief and the facts contained therein are true and within my personal knowledge."

Further the affiant sayeth not.

/s/  Kenneth  B.  Florence
**KENNETH B. FLORENCE**